**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **BRENDA PHILLIPS,** | § | |
| | § | |
| | § | **CIVIL ACTION NO. 6:16-CV-01086-RC** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **COMMISSIONER, SOCIAL SECURITY** | § | |
| **ADMINISTRATION,** | § | |
| | § | |
| | § | |
| **Defendant.** | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Brenda Phillips filed the above-styled and numbered civil action pursuant to the Social Security Act, Section 205(g), for judicial review of the Commissioner's denial of her application for Social Security benefits. The cause of action was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the decision of the Commissioner should be affirmed and the case dismissed with prejudice. (Dkt. No. 22.) The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration.

Neither party has filed any objections within the prescribed time period for filing objections. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly **ORDERED** that the decision of the Commissioner is **AFFIRMED** and that the case is **DISMISSED** with prejudice.

So **ORDERED** and **SIGNED** this **25** day of **January, 2018.**

_____
Ron Clark, United States District Judge